AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
SEP 11 2019
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| BABATOPE JOSEPH ADERINOYE | ) | 4:19-MJ-517 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 1, 2018__ in the county of __COLLIN__ in the
__Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | In violation of wire fraud |
| 18 U.S.C. 1344 | In violation of bank fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew T. Wilkins / FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/11/2019  4:10 pm__

_____
*Judge's signature*

City and state: __Sherman, Texas__    Christine A. Nowak, U.S. Magistrate Judge
*Printed name and title*